**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1666**

SOUTHERN MANAGEMENT CORPORATION RETIREMENT TRUST,

        Plaintiff - Appellee,

    v.

CHAWKY BOUTROS JABALY,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:15-cv-00197-LO-IDD)

Submitted: January 14, 2016      Decided: January 19, 2016

Before AGEE, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Chawky Boutros Jabaly, Appellant Pro Se. Gabrielle Marcus Duvall, LINOWES & BLOCHER, LLP, Bethesda, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chawky Boutros Jabaly appeals from the district court's order dismissing his appeal from the bankruptcy court's order denying his fourth motion for reconsideration of its order entering a nondischargeable consent judgment against Jabaly. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Southern Mgmt. Corp. Retirement Trust v. Jabaly, No. 1:15-cv-00197-LO-IDD (E.D. Va. May 15, 2015). We deny Southern Management Corporation Retirement Trust's motions to dismiss and for sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED